IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Drug Information Retrieval System, LLC**, a Wyoming company,<br><br>Plaintiff,<br><br>v.<br><br>**MyRxProfile, LLC**, a New Jersey company,<br><br>Defendant. | Case No. 3:20-CV-05607-MAS-TJB<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Drug Information Retrieval System, LLC hereby dismisses this action.

Dated: September 15, 2020

Respectfully submitted,

**Law Office of Mark A. Kriegel, LLC**

/s/ Mark A. Kriegel
1479 Pennington Rd.
Ewing, NJ 08618
Tel: (609) 883-5133
Email: mkriegel@kriegellaw.com

*Attorneys for Plaintiff*

So Ordered this 5TH day of October, 2020.

_____
**Honorable Michael A. Shipp, U.S.D.J.**